**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **LAVERNE COSBY,** | |
| *Plaintiff,* | **CIVIL ACTION NO.** |
| **v.** | **5:24-cv-00460-TES** |
| **NEWREZ LLC,** *et al.,* | |
| *Defendants.* | |

**ORDER DENYING MOTION TO DISMISS AS MOOT**

Plaintiff Laverne Cosby filed a Complaint on December 16, 2024. [Doc. 5]. Upon leave of Court, Plaintiff filed a First Amended Complaint on March 3, 2026. [Doc. 27]; [Doc. 28]. Plaintiff's First Amended Complaint added claims against Defendant Kroger Co. [Doc. 28]. Kroger then filed a Motion to Dismiss. [Doc. 33]. On May 15, 2026, the Court granted Plaintiff leave once again to file a Second Amended Complaint. [Doc. 49]. Plaintiff has now filed her Second Amended Complaint. [Doc. 50].

Under black letter federal law, "an amended complaint supersedes the initial complaint and becomes the operative pleading in the case." *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) (citations omitted). This means that "the original pleading is abandoned by the amendment, and [it] is no longer a part of the pleader's averments against their adversary." *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (citation omitted); *see also Hoefling v. City of Miami*, 811 F.3d

1271, 1277 (11th Cir. 2016) (initial pleading "bec[o]me[s] a legal nullity"). Further, an original complaint would still have legal effect if "the amendment specifically refers to or adopts the earlier pleading." *Varnes v. Local 91, Glass Bottle Blowers Ass'n*, 674 F.2d 1365, 1370 n.6 (11th Cir. 1982) (citation omitted). An amended complaint that does not incorporate the prior pleading, however, moots "the motion to dismiss the original complaint because the motion seeks to dismiss a pleading that has been superseded." *Wimberly v. Broome*, No. 6:15-cv-23, 2016 WL 3264346, at *1 (S.D. Ga. Mar. 29, 2016) (citing cases).

The Court has reviewed Plaintiff's Second Amended Complaint and found no reference to, or adoption of, any allegations set forth in her First Amended Complaint. Therefore, Plaintiff's Second Amended Complaint is the sole operative pleading in this case and renders moot Defendant's pending Motion to Dismiss. Accordingly, the Court **DENIES** Defendant's Motion to Dismiss [Doc. 33] **as moot**.

**SO ORDERED**, this 18th day of May, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2