**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| LAVERNE COSBY,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ, LLC C/O PHH MORTGAGE CORPORATION; WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST2001-B, ASSET-BACKED CERTIFICATES, SERIES 2001-B<br><br>Defendants. | CIVIL ACTION FILE NO:<br>5-24-cv-00460-TES |

**ORDER GRANTING JOINT MOTION TO SEVER AND DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT THE KROGER CO.**

THIS CAUSE comes before the court upon the *Joint Motion to Sever and Dismiss Plaintiff's Claims Against the Kroger Co. with prejudice.* [Dkt 64]. For good cause shown, having considered the Motion, it is hereby ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.
2. Plaintiff's claims against Defendant Kroger Co. are hereby severed from the balance of the case and dismissed *with prejudice.*

**SO ORDERED THIS** 15th **day of October 2026.**

s/Tilman E. Self, III

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT